DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of D.D. and K.D., children.

D.D.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D23-1582
_____

February 9, 2024

Appeal from the Circuit Court for Pinellas County; Patrice Moore, Judge.

Jonathan E. Hackworth of Hackworth Law, PA, Tampa, for Appellant.

Bruce Bartlett, State Attorney, Sixth Judicial Circuit of Florida, and Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals of Statewide Guardian ad Litem Office, Tallahassee; Khairiya C. Bryant of KCB Law, PLLC, Orlando, for Appellee Guardian ad Litem Program.

PER CURIAM.


Affirmed.

SILBERMAN, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.